IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
     v.                     )    Criminal No. 14-99
                            )
TY RYAN ELLIOTT             )
     (USM # 35183-068)      )

ORDER OF COURT IMPOSING PROVISIONAL SENTENCE OF COMMITMENT
FOR CARE AND TREATMENT IN A SUITABLE MEDICAL FACILITY

AND NOW, this 14th day of May, 2014, following the hearing held on May 13, 2014, on the government's Motion Under 18 U.S.C. §§4244(a) and 4247(d) (Document No. 30), the court finds by a preponderance of the evidence that defendant Ty Ryan Elliott is presently suffering from a mental disease or defect and that he should be provisionally sentenced and committed to a suitable facility for care and treatment.

Accordingly, defendant Ty Ryan Elliott is committed to the custody of the Attorney General of the United States. The Attorney General shall hospitalize defendant Elliott for care and treatment in a suitable medical facility. The court recommends that defendant Elliott be committed to MCFP Springfield, Missouri. In accordance with 18 U.S.C. §4244(d), this commitment constitutes a provisional sentence for five (5) years, the maximum term authorized by law for a violation of 18 U.S.C. §871(a), the

offense for which defendant Ty Ryan Elliott pled guilty and has been found guilty. The periodic reporting provisions of 18 U.S.C. §4247(e)(1)(B) shall apply in this case.

Pursuant to 18 U.S.C. §4244(e), when the director of the facility in which defendant Ty Ryan Elliott is hospitalized determines that he has recovered from his mental disease or defect to such extent that he is no longer in need of custody for care or treatment in such a facility, the director of the facility shall promptly file a certificate to that effect with the Clerk of Court for this District. Upon the filing of a certificate, the court will proceed to final sentencing in accordance with §4244(e).

/s/ Gustave Diamond
Gustave Diamond
United States District Judge

cc: Mary McKeen Houghton
Assistant U.S. Attorney

Thomas Livingston
Assistant Federal Public Defender

Federal Bureau of Prisons
United States Marshal
United States Probation

AO 72
(Rev. 8/82)

```
 RCHD2              *        PUBLIC INFORMATION        *     07-14-2015
PAGE 001            *            INMATE DATA           *      14:18:50
                             AS OF 07-14-2015

REGNO..: 35183-068 NAME: ELLIOTT, TY RYAN

                       RESP OF: RCH
                       PHONE..: 507-287-0674   FAX: 507-424-7600
                                               RACE/SEX...: WHITE / MALE
                                               AGE:  39
PROJ REL MT: GOOD CONDUCT TIME RELEASE         PAR ELIG DT: N/A
PROJ REL DT: 08-15-2018                        PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
RCHD2             *        PUBLIC INFORMATION         *    07-14-2015
PAGE 002          *            INMATE DATA            *    14:18:50
                           AS OF 07-14-2015


REGNO..: 35183-068 NAME: ELLIOTT, TY RYAN

                  RESP OF: RCH
                  PHONE..: 507-287-0674   FAX: 507-424-7600
HOME DETENTION ELIGIBILITY DATE: 02-15-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-15-2018 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 14-99
JUDGE...........................: DIAMOND
DATE SENTENCED/PROBATION IMPOSED: 05-14-2014
DATE COMMITTED..................: 07-07-2014
HOW COMMITTED...................: 4241/44/45 HOSPITAL/TREATMENT
PROBATION IMPOSED...............: NO


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  881
OFF/CHG: 18:871(A); THREAT AGAINST THE PRESIDENT OF THE UNTIED STATES

 SENTENCE PROCEDURE.............: 4244 HOSP AND TREATMENT PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     5 YEARS
 DATE OF OFFENSE................: 04-08-2014

-----------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-04-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-04-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010




G0002      MORE PAGES TO FOLLOW . . .
```

```
 RCHD2                    *      PUBLIC INFORMATION      *     07-14-2015
PAGE 003 OF 003 *              INMATE DATA               *     14:18:50
                             AS OF 07-14-2015


REGNO..: 35183-068 NAME: ELLIOTT, TY RYAN

                   RESP OF: RCH
                   PHONE..: 507-287-0674   FAX: 507-424-7600
DATE COMPUTATION BEGAN..........: 05-14-2014
TOTAL TERM IN EFFECT............:      5 YEARS
TOTAL TERM IN EFFECT CONVERTED..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 04-08-2014

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    04-08-2014    05-13-2014

TOTAL PRIOR CREDIT TIME.........: 36
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 235
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 08-15-2018
EXPIRATION FULL TERM DATE.......: 04-07-2019
TIME SERVED.....................:      1 YEARS       3 MONTHS      6 DAYS
PERCENTAGE OF FULL TERM SERVED..:  25.3

PROJECTED SATISFACTION DATE.....: 08-15-2018
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```