UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CERTIFICATE OF MENTAL DISEASE OR DEFECT
AND DANGEROUSNESS

TO:   RICHARD SLETTEN
      CLERK OF THE UNITED STATES DISTRICT COURT
      DISTRICT OF MINNESOTA

This is to advise you that Ty Ryan Elliott, Register No. 35183-068, is currently in the custody of the Attorney General. However, my staff and I believe that he is currently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another. In addition, suitable arrangements for state custody and care of this person are not currently available.

Pursuant to Title 18 United States Code 4246, I hereby request that inmate Elliott be given a hearing to determine whether he should remain in the custody of the Attorney General pursuant to a commitment authorized by the above statute.

_____     7/15/15
Michael D. Smith, Warden (Acting)    Date
Federal Medical Center
P.O. Box 4600
Rochester, Minnesota 55903-4600